# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1356
LT Case No. 2022-CF-009182-A

———————————————

ANTONIO BERNARD CLAY, III,

 Petitioner,

 v.

STATE OF FLORIDA,

 Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Antonio Bernard Clay, III, Crestview, pro se.

Ashley Moody, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Respondent.

July 19, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 20, 2023, judgment and sentence rendered in Case No. 2022-CF-009182-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

HARRIS, KILBANE, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————